IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ROBERT ANDREWS ROUTH, JR.**                                       **PLAINTIFF**

V.                      **CASE NO. 2:24-CV-2088**

**SARAH HUCKABEE SANDERS;**
**INSTITUTIONAL PRODUCTS SUPPLY;**
**STATE OF ARKANSAS; and**
**CRAWFORD COUNTY DETENTION CENTER**                     **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 6) filed in this case on September 11, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 2nd day of October, 2024.

                                              */s/ Timothy L. Brooks*
                                              TIMOTHY L. BROOKS
                                              UNITED STATES DISTRICT JUDGE